EMMA KRISA, as Administratrix of the Estate of WALTER KRISA, Deceased, Appellant, *v.* JOHN SPRAGG et al., Defendants, and SOCONY-VACUUM OIL COMPANY, INC., Defendant-Respondent.

Argued June 7, 1944; decided July 19, 1944.

*Louis Helfenstein, Isidore Halpern* and *Abraham M. Lindenbaum* for appellant.

*Herbert C. Smyth, Jr.,* and *John J. Manning* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.